FILED

3/13/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| MARJORIE QUIROS and CORY LEINWEBER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No. CV 19-03-BU-SEH<br><br>**ORDER** |

On February 15, 2019, the Court issued an Order setting a preliminary pretrial conference and requiring, *inter alia*, that each party file a preliminary pretrial statement on or before March 12, 2019, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)–(iii) and L.R. 16.2(b)(1).[1] The preliminary pretrial statements filed on March 12, 2019, fail to comply with the Court's February 15, 2019, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to

---

[1] Doc. 10 at 4.

address the deficiencies outlined in paragraph 1 above shall be filed and served on or before March 15, 2019.

DATED this 13th day of March, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge