FILED

3/5/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MARJORIE QUIROS and CORY LEINWEBER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No. CV 19-03-BU-SEH<br><br>**ORDER** |

The parties having filed a Joint Stipulation to Dismiss with Prejudice[1],

ORDERED:

This case is DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

DATED this 5th day of March, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 32.